SHUKLA LAW
P.BOBBY SHUKLA  SBN 229736
353 Sacramento Street, Suite 400
San Francisco, CA 94111
Tel:       (415) 986-1338

Attorney for Plaintiff
BRYAN DALTON

GORDON & REES, LLP
JOAN C. WOODARD ( N0. 129710)
655 University Avenue, Suite 200
Sacramento, CA 95825
Phone: 916-830-6512
Fax: 916-920-4402
Email: jwoodard@gordonrees.com

Attorney for Defendant
J. MANN INC.

UNITED STATES DISTRICT COURT NORTHERN DISTRICT

OF CALIFORNIA

| | |
|---|---|
| BRYAN DALTON,<br>        Plaintiff,<br><br>  v.<br><br>J. MANN INC., and DOES ONE through TWENTY, inclusive,<br><br>      Defendants. | Case No.  16-CV-03409-EMC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICEW AND [PROPOSED] ORDER** |

The parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that the above-captioned case can be dismissed with prejudice, the parties to bear their respective costs, including attorney fees or other expenses of litigation.

Dated: May 9, 2017                SHUKLA LAW
                                                By:    /s/ P. Bobby Shukla
                                                    P. BOBBY SHUKLA
                                                    Attorney for Plaintiff
                                                    BRYAN DALTON


Dated: May 9, 2017                By:   /s/ Joan C. Woodard
                                                    JOAN C. WOODARD
                                                    *Attorney for Defendant*
                                                    J. MANN INC.

## ORDER

It is hereby ordered and adjudged that this case is dismissed with prejudice, the parties to bear their respective costs, including attorney fees or other expenses of litigation.

**IT IS SO ORDERED.**

DATED: 5/30/17 _____

UNITED STATES DISTRICT JUDGE EDWARD M. CHEN

*IT IS SO ORDERED*
*Judge Edward M. Chen*